**Syed Abid ALI, Petitioner,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

No. 05–60974.

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Oct. 24, 2006.

William F. Harmeyer, William F. Harmeyer & Associates, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, John Clifford Cunningham, Luis Enrique Perez, U.S. Department of Justice Civil Division Immigration Litigation, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, Washington, DC, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Syed Abid Ali petitions for review of the decision of the Board of Immigration Ap-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

peals (BIA). The BIA affirmed without opinion the immigration judge's ("IJ") order of removal. For the reasons that follow, the petition for review is denied.

Ali challenges the denial of his motion for a continuance. The IJ determined that Ali's wife's pending application for labor certification did not constitute good cause to continue the removal proceedings. This determination was not an abuse of discretion. *See Ahmed v. Gonzales,* 447 F.3d 433, 438–39 (5th Cir.2006).

There is no merit to Ali's challenge to the constitutionality of the National Security Entry–Exit Registration System. *See id.* at 440; *Ali v. Gonzales,* 440 F.3d 678, 681 n. 4 (5th Cir.2006); 8 U.S.C. §§ 1303, 1305; *see also* Registration of Certain Nonimmigrant Aliens from Designated Countries, 67 Fed.Reg. 77,642 (Dec. 18, 2002).

PETITION FOR REVIEW DENIED.